

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
CRISTINA D. SILVA
Nevada Bar No. 13760
KILBY MACFADDEN
Assistant United States Attorneys
501 Las Vegas Boulevard South, Ste. 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-5087
cristina.silva@usdoj.gov
kilby.macfadden@usdoj.gov

```
            FILED          RECEIVED
            ENTERED        SERVED ON
                    COUNSEL/PARTIES OF RECORD

                  JUN 2 0 2017

             CLERK US DISTRICT COURT
              DISTRICT OF NEVADA
   BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-0180-JAD-PAL |
| Plaintiff, | **EX-PARTE MOTION TO UNSEAL CASE UPON ARREST OF A DEFENDANT** |
| vs. | |
| **CHANNING WILLIAMS, et al.**, | |
| Defendants. | |

The United States of America by and through STEVEN W. MYHRE, Acting United States Attorney, and CRISTINA D. SILVA and KILBY MACFADDEN, Assistant United States Attorneys, respectfully moves this Court to unseal the criminal case and indictment in the above-captioned now that defendants named in the criminal indictment have been arrested.

The Government previously moved to seal the case, including the indictment, to protect the on-going investigation. The need for keeping the criminal case sealed has expired as several defendants have now been arrested.

As a result, the Government respectfully moves to have the case and the indictment in the instant matter unsealed at the time.

Dated this 20th day of June, 2017.

Respectfully submitted,

STEVEN W. MYHRE
Acting United States Attorney

_/s/ Kilby MacFadden_
KILBY MACFADDEN
CRISTINA D. SILVA
Assistant United States Attorneys

The Government's motion is hereby **Granted**.

SO ORDERED:

_/s/ Peggy A. Leen_      Dated: June 20, 2017
Honorable Peggy A. Leen
United States Magistrate Judge

3