# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) Case No. 2:17-cr-00180-JAD-PAL<br>) |
| vs. | ) **ORDER**<br>) |
| MAURICE LEWIS, et al., | )<br>) |
| Defendants. | ) |

This matter is before the court regarding the government's letter dated June 28, 2017, and the government's exhibits labeled 1-3 that were hand-delivered to chambers on June 28, 2017. In reviewing the docket in this case, it has come to the court's attention that this letter and the exhibits were not filed. The government must file the letter and exhibits by August 7, 2017.

IT IS SO ORDERED.

DATED: July 31, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**